# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  5:02CR5-10 |
| Gregory DeVon Wilson | ) USM No:  17554-058 |
| Date of Previous Judgment:  12/22/04 | ) Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■  the defendant  ❑  the Director of the Bureau of Prisons  ❑  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ | |
| Criminal History Category: _____ | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III.  ADDITIONAL COMMENTS

No reduction is ordered as the initial calculations were based on a quantity of cocaine, not cocaine base.  Therefore, Amendment 706 does not impact this case.

Except as provided above, all provisions of the judgment dated  12/22/04  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 1, 2009 

Effective Date:  June 1, 2009 
   (if different from order date)

Richard L. Voorhees
United States District Judge